THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. HANDASYDE WHITNEY, Appellant, *v.* MARK GRAVES et al., as Tax Commissioners of the State of New York, Respondents.

(Argued April 27, 1936; decided May 19, 1936.)

*Paul Austin Crouch* and *Marcien Jenckes* for appellant.
*John J. Bennett, Jr., Attorney-General (Joseph M. Mesnig* of counsel), for respondents.

Order affirmed, with costs; no opinion. (See 271 N. Y. 618.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Taking no part: CROUCH, J.